UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN P. CORSI,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant, | Case No. EDCV 14-404 FFM<br><br>JUDGMENT OF REMAND |

The Court having entered a Memorandum Decision and Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated June 10, 2015.

DATED: June 10, 2015

                                               /S/ FREDERICK F. MUMM
                                               FREDERICK F. MUMM
                                           United States Magistrate Judge